IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| Plaintiff, | ) | |
| v. | ) | |
| DARIEN L. GRIFFIN, | ) | CASE NO. 1:19 CR 92 |
| | ) | Title 18, United States Code, |
| Defendant. | ) | Sections 922(g)(1), 924(a)(2) |

JUDGE GWIN

COUNT 1
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2)))

The Grand Jury charges:

On or about December 28, 2018, in the Northern District of Ohio, Eastern Division, Defendant DARIEN L. GRIFFIN, having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being; Attempted Felonious Assault, on or about June 23, 2015, in Case Number CR-15-595442, in the Cuyahoga County Court of Common Pleas, and Robbery, on or about June 23, 2015, in Case Number CR-14-591691, in the Cuyahoga County Court of Common Pleas, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Glock, Model 21, semi-automatic 45 caliber pistol, bearing serial number MRW644, and ten (10) rounds of 45 caliber ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.